JOSÉ RODRÍGUEZ BONILLA, querellante y recurrido, *v.* FIDELITY BOND MORTGAGE CORPORATION OF PUERTO RICO, y OTROS, querellados y peticionarios.

*Número:* O-78-369          *Resuelto:* 11 de diciembre de 1978

*José B. Díaz Asencio,* abogado de los peticionarios; *Miguel González Montalvo,* abogado del recurrido.

PER CURIAM: En procedimiento sumario sobre reclamación de salarios—32 L.P.R.A. secs. 3118 a 3133—la ilustrada sala sentenciadora, ordenó el embargo preventivo de la suma reclamada en la querella por el celador Rodríguez Bonilla, ascendente a $76,040.47, al amparo de dicha sec. 3133, que autoriza el embargo sin fianza cuando "la demanda aduzca hechos suficientes para una causa de acción a favor de la parte demandante y haya motivos fundados para temer, previa vista al efecto, que de no efectuarse inmediatamente dicho embargo preventivo, la sentencia que se pueda obtener resultará académica porque no habrá bienes sobre los cuales ejecutarlas."

El tribunal ordenó el embargo sin fianza, sin que el querellante presentara prueba tendiente a establecer que existían motivos para temer que la sentencia podía resultar incobrable. El tribunal encontró innecesaria la presentación de esa prueba, a base de que 1) el querellante alegó que se había enterado de que los querellados se proponían vender a la Administración de Fomento Cooperativo, el proyecto en el cual él trabajó como celador; 2) el querellante tiene un gravamen sobre dicho proyecto, bajo 29 L.P.R.A. sec. 186; y 3) el embargo tiene el propósito de asegurar ese gravamen en caso de que el proyecto se venda. En armonía con lo expresado, el

tribunal ordenó que se depositara en Secretaría la suma de $76,040.47, si la venta llegaba a realizarse.

Ante recurso de *certiorari* solicitado por los querellados, expedimos orden para que las partes mostraran causa por la cual no debía revocarse dicha orden. El querellante presentó escrito limitándose a exponer que le resultaría oneroso presentar la prueba exigida por la citada sec. 3133.

La fianza tiene el propósito de asegurar que, en su día, puedan recobrarse daños causados por embargos preventivos infundados. Por vía de excepción, la citada sec. 3133 exime de esa fianza reclamaciones de salarios, cuando exista el peligro de que la sentencia pueda resultar inejecutable.

Ni la alegada onerosidad de probar ese peligro, ni el gravamen que la ley concede a los trabajadores constituyen base para relevar de probar ese peligro. Dicha sec. 3133 es clara y no contiene esas excepciones. Cuando la ley es clara, su letra no debe ser menospreciada bajo el pretexto de cumplir su espíritu, 31 L.P.R.A. sec. 14.

*Se dejará sin efecto la orden de embargo recurrida, sin perjuicio de que dicho embargo, si procede, se perfeccione en la forma dispuesta por ley.*